**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                     Case No. 8:05-cr-258-T-30MAP

**GUILLERMO JIMINEZ**
       a/k/a Guillermo Jimenez
_____

## ORDER

This cause came on for consideration upon Defendant's Motion for Request of Trial and Court Records (Dkt. #114). A review of the file indicates that there is no transcript of the sentencing hearing at the present time. And, there is no written plea agreement. Defendant pled guilty orally. Upon review and consideration, it is

ORDERED AND ADJUDGED that Defendant's Motion for Request of Trial and Court Records (Dkt. #114) is DENIED until Defendant can identify the issues that make the requested items necessary.

**DONE** and **ORDERED** in Tampa, Florida on August 18, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cr-258.Jimenez 114.wpd