**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GUILLERMO JIMENEZ,

    Petitioner,

v.                                            Case No. 8:13-cv-1078-T-30MAP
                                            Criminal Case No. 8:05-cr-258-T-30MAP

UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

Before the court is Petitioner's Motion to Vacate, Set-Aside, or Correct Sentence filed pursuant to 28 U.S.C. § 2255 (CV Doc. 1).[1] Upon consideration, the instant § 2255 Motion is dismissed as successive for the same reasons Petitioner's prior § 2255 Motion was dismissed as successive in case no. 8:13-cv-975-T-30MAP (see CR Doc. 165).

Accordingly, the court **ORDERS** that the § 2255 Motion (CV Doc. 1) is **DISMISSED**, without prejudice, for lack of jurisdiction. The **Clerk** shall terminate any pending motions and close this case.

**CERTIFICATE OF APPEALABILITY
AND LEAVE TO APPEAL *IN FORMA PAUPERIS* DENIED**

Petitioner is not entitled to a certificate of appealability ("COA"). A prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition. 28 U.S.C. § 2253(c)(1). Rather, a district court must first issue a COA. Section

---

[1] The instant § 2255 motion is Petitioner's fourth § 2255 motion (see CR Docs. 128, 146, 155, 164, 167).

2253(c)(2) permits issuing a COA "only if the applicant has made a substantial showing of the denial of a constitutional right." To merit a COA, Petitioner must show that reasonable jurists would find debatable both (1) the merits of the underlying claims and (2) the procedural issues he seeks to raise. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 478 (2000); *Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir 2001). Because the § 2255 Motion is clearly successive, Petitioner cannot meet *Slack*'s prejudice requirement. 529 U.S. at 484. Finally, Petitioner is not entitled to appeal *in forma pauperis* because he is not entitled to a COA.

Accordingly, a certificate of appealability is **DENIED**. Leave to proceed *in forma pauperis* on appeal is **DENIED**. Petitioner must pay the full $455 appellate filing fee without installments unless the circuit court allows Petitioner to proceed *in forma pauperis*.

**DONE** and **ORDERED** in Tampa, Florida on April 30, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Petitioner *pro se*

2